UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | No. 07-cr-10169 - NMG |
| JAMES MASSARO, | ) ) ) | |
| Defendant | ) | |

## MOTION TO WITHDRAW APPEARANCE

Now comes the undersigned and hereby respectfully moves this Honorable Court for leave to withdraw his appearance as counsel for the defendant herein.

As reason therefore, counsel states that he was retained only for services in the district which services have been completed.  The case is now on appeal to the First Circuit but counsel has not been retained in that matter.

 

Respectfully submitted,

/s/ Raymond E. Gillespie
Raymond E. Gillespie
BBO #192300
875 Massachusetts Avenue Suite 32
Cambridge, MA 02139
(617) 661-3222
Rgillespie1@prodigy.net

1

May 16, 2016

wdraw 051616

Certificate of Service

      I hereby certify that on May 16, 2016 a copy of this document has been electronically served on all parties registered to receive notice through the Electronic Case Management system in this matter as of said date:

/s/Raymond E. Gillespie<br>Raymond E. Gillespie